NUMBER 13-02-005-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

JOSHUA
RENE VILLARREAL,                                                 Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

________________________________________________________________

 

                          On appeal from the 93rd District Court 

                                  of Hidalgo County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

                  Before Justices
Dorsey, Hinojosa, and Rodriguez

                                       Opinion Per Curiam

 








Appellant, JOSHUA RENE VILLARREAL,
perfected an appeal from a judgment entered by the 93rd
District Court of Hidalgo County, Texas,  in cause number CR-863-97-B.  The State and counsel for appellant have now
filed a joint motion to dismiss and permanently abate the appeal due to the
death of appellant, Joshua Rene Villarreal. 


In accordance with Tex. R. App. P. 7.1(a)(2),
we hereby order this appeal permanently ABATED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 18th
day of July, 2002.